[No. 42973-0-II.  Division Two.  January 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CHESHIER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01459-6, Christine A. Pomeroy, J., entered January 10, 2012. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 27306-7-III.  Division Three.  January 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JOSEPH COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-01020-7, Carrie L. Runge, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29461-7-III.  Division Three.  January 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KAM ALAN MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00044-1, Craig J. Matheson, J., entered September 29, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 30413-2-III.  Division Three.  January 17, 2013.]

RANDALL LEESTMA, *Appellant*, v. WILLIAM G. ROBERTS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 07-2-00071-9, Patrick A. Monasmith, J., entered October 20, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.